# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| NATIONAL FEDERATION OF INDEPENDENT BUSINESS, a California non-profit mutual benefit corporation, | ) ) ) ) ) | |
| TEXAS ASSOCIATION OF BUSINESS, a Texas non-profit organization, | ) ) ) ) | |
| LUBBOCK CHAMBER OF COMMERCE, a Texas non-profit organization | ) ) ) ) ) | |
| NATIONAL ASSOCIATION OF HOME BUILDERS, a Nevada non-profit corporation, and | ) ) ) ) ) | |
| TEXAS ASSOCIATION OF BUILDERS, a Texas non-profit organization, | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 5:16-cv-00066-C |
| THOMAS E. PEREZ, in his official capacity, Secretary, United States Department of Labor, | ) ) ) ) | |
| MICHAEL J. HAYES, in his official capacity, Director, Office of Labor-Management Standards, United States Department of Labor, and | ) ) ) ) ) | |
| UNITED STATES DEPARTMENT OF LABOR | ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING STATES' MOTION TO INTERVENE**

Before the Court is the States' Motion to Intervene. The motion is meritorious and should be GRANTED.

It is therefore ORDERED that the States' Motion to Intervene is GRANTED.

It is further ORDERED that Plaintiff-Intervenor States shall be granted leave to intervene under Federal Rule of Civil Procedure 24.

It is further ORDERED that Plaintiff-Intervenor States shall be permitted to file, within seven days of the date of this order, their complaint in intervention and motion for preliminary injunction.

SIGNED on this _____ day of _____, 2016.

_____
HONORABLE JUDGE SAM CUMMINGS
UNITED STATES DISTRICT JUDGE