IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF INDEPENDENT BUSINESS, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| THOMAS E. PEREZ, in his official capacity as Secretary, United States Department of Labor, et al., | )<br>)<br>)<br>) |
| Defendants. | )   Civil Action No. 5:16-CV-066-C |

## ORDER

The Court having considered Defendants' Motion for Entry of Scheduling Order and Request for Expedited Consideration, together with Plaintiffs' Response, is of the opinion that Defendants' Motion should be **DENIED**.

SO ORDERED.

Dated June 9, 2016.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE