⚐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __TEXAS - Lubbock Division__

Nat'l Fed. of Indep. Business, et al

V.

Thomas A. Perez, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 5:16-CV-066-C

| PRESIDING JUDGE<br>Sam R. Cummings | PLAINTIFF'S ATTORNEY<br>Jeff Londa; Fernando Bustos | DEFENDANT'S ATTORNEY<br>Daniel Riess-DOJ |
|---|---|---|
| TRIAL DATE (S)<br>Prel. Injunction Evid. Hrg - 6/20/2016 | COURT REPORTER<br>Mechelle Daniel | COURTROOM DEPUTY<br>Criss Flock |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Plf Intervenor Counsel: Austin Nimocks-OAG |
| | | | | | |
| | | | | | Plaintiff's Witnesses: David Hiller; Dennis Paul Duffy; Bill Robinson; Don Graf; Ronald Meisburg; |
| | | | | | Norma Ritz Johnson; Steven Massengale; Johanna Spilman |
| | | | | | |
| | | | | | |
| | | | | | Plaintiff's Exhibit List attached. |
| | | | | | |
| | | | | | |
| | | | | | CLERK US DISTRICT COURT<br>NORTHERN DIST. OF TX<br>FILED |
| | | | | | |
| | | | | | 2016 JUN 22  PM 4:14 |
| | | | | | |
| | | | | | DEPUTY CLERK____CBF |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

# Plaintiffs' Exhibits to Brief in Support of Application
## (Motion) for Preliminary Injunction

***National Federation of Independent Business, et al. v. Thomas E. Perez, et al.***
Hearing Held June 20, 2016 at 10:00 A.M.
U.S. District Court, Lubbock, Texas

| Tab | Exhibit |
|---|---|
| HILLER 1. ✓ | DOL's New Rule – "Interpretation of the 'Advice' Exemption" in Section 203(c) of the Labor-Management Reporting and Disclosure Act (LMRDA), 81 Fed. Reg. 15924, et al. |
| DUFFY 2. ✓ | Form LM-10 with Instructions. |
| HILLER 3. ✓ | Form LM-20 with Instructions. |
| HILLER 4. ✓ | Form LM-21 with Instructions. |
| HILLER 5. ✓ | Article – The High Costs of Proposed Labor-Law Regulations" by Diana Furchtgott-Roth (4/2/13) |
| HILLER 6. ✓ | Authorization card from the United Auto Workers Union |
| HILLER 7. ✓ | Checklist – Initial Meeting with Employer Who Receives Notice of Hearing |
| HILLER 8. ✓ | NLRB's "Quickie" or "Accelerated" Election Rule |
| HILLER 9. ✓ | NLRB's Statement of Position form |
| HILLER 10. ✓ | Checklist of what the employer's Statement of Position must contain |
| HILLER 11. ✓ | Kaufman and Stephan article quoted at page 15931 of the persuader rule |
| HILLER 12. ✓ | DOL's <u>Weekly Newsletter</u> of February 4, 2016 |
| HILLER 13. ✓ | "Union Matters" blog article by Secretary Perez |
| HILLER 14. ✓ | DOL's "Special Enforcement Policy" (4/13/16) |
| HILLER 15. ✓ | Morgan Lewis "Lawflash" (OPERATIVE FACT ONLY) |
| HILLER 16. ✓ | Mark Noonan worksheet re: estimated cost of compliance |

1

✓ – OFFERED + ADMITTED

| | Tab | Exhibit |
|---|---|---|
| ROBINSON | 17. ✓ | Wm. T. (Bill) Robinson III letter of 9/21/11 from ABA to Andrew P. Davis, DOL |
| ROBINSON | 18. ✓ | 2016 Letter from ABA President 2015-2016 (OPERATIVE FACT ONLY) |
| | 19. | Model Rules of Professional Conduct 2.1 – Advisor (include comments) |
| ROBINSON | 20. ✓ | Statement by Wm. T. (Bill) Robinson III, President (2011-12) of the ABA, before the Subcommittee on Health, Employment, Labor and Pensions, House Education and Workforce Committee (4/27/16) |
| MEISBURG | 21. ✓ | Memorandum of Understanding Between Departments of Justice and Labor |
| MEISBURG | 22. ✓ | DOL's LMRDA Interpretive Manual §265.005 (1/19/62) |
| MEISBURG | 23. ✓ | Donahue Memo |
| MEISBURG | 24. ✓ | Ass't Secretary of Labor-Management Standards Mario A. Lauro, Jr.'s Statement of 3/24/89 (OPERATIVE FACT ONLY) |
| | 25. | SHRM Seminar: Behind the Scenes of the Union Organizing Drive & the New NLRB (3/24/16) OFFERED – NOT ADMITTED – HEARSAY |
| JOHNSON | 26. ✓ | TAB Union Seminar Programs |
| | 27. | LCC completed DOL form LM 20 |
| DUFFY | 28. ✓ | Texas Rules of Professional Conduct 1.05 – Confidentiality of Information (include comments) |
| DUFFY | 29. ✓ | Texas Rule of Professional Conduct 1.6 – Conflict of Interest: General Rule |
| ROBINSON | 30. ✓ | Model Rules of Professional Conduct 1.6 – Confidentiality of Information (include comments) |
| DUFFY | 31. ✓ | Texas Ethics Op. 479 (1991) |
| DUFFY | 32. ✓ | Texas Rules of Professional Conduct 2.01 – Advisor (include comments) |
| SPILMAN | 33. ✓ | NFIB Guide to Managing Unionization Efforts |
| SPILMAN | 34. ✓ | NFIB Webinar: Maintaining Your Business [big or small] Union Free |

| Tab | Exhibit |
|---|---|
| SPILMAN 35. ✓ | NFIB Webinar: Private: What Can Your Business Lawfully Do To Avoid Unionization |
| SPILMAN 36. ✓ | NFIB completed DOL form LM 20 |
| ROBINSON 37. ✓ | Resume of Wm. T. (Bill) Robinson III |
| MEISBURG 38. ✓ | Resume of Ronald Meisburg |
| 39. | Resume of David P. Hiller |
| DUFFY 40. ✓ | Resume of Dennis Duffy |
| GRAF 41. ✓ | Resume of Don Graf |