Library of Congress  
Office of Business Enterprises  
Duplication Services  
101 Independence Avenue, SE  
Washington, DC  20540  
USA  



| | |
|---|---|
| Telephone | +1 202 707-5640 |
| Fax | +1 202 707-1771 |
| Giro | |
| Tax registration number | 536002532 |

## Quotation

| | |
|---|---|
| Page | 1 of 3 |
| Number | DSQ-007485-2 |
| Date | 11/1/2016 |
| Requisition | 20160929125500 |
| Your ref. | Michael.Toth@oag.texas.gov |
| Our ref. | 000035 |
| Quotation deadline | 10/29/2016 |
| Payment | Prepaid (Pay.gov) |

Ship to:  
Michael Toth  
209 West 14th Street  
1st Floor Office of Special Litigation  
Austin, TX  78711  
USA  

| Item number | Description | Quantity | Unit | Sales price | Discount | Discount percent | Amount |
|---|---|---|---|---|---|---|---|
| 8001 | Photocopy- research & process fee | 5.00 | ITEM | 18.00 | 0.00 | 0.00 % | 90.00 |

Library of Congress
Office of Business Enterprises
Duplication Services
101 Independence Avenue, SE
Washington, DC  20540
USA

**LIBRARY OF CONGRESS**

Telephone          +1 202 707-5640
Fax                +1 202 707-1771
Giro
Tax registration number    536002532

# Quotation

| | |
|---|---|
| Page | 2 of 3 |
| Number | DSQ-007485-2 |
| Date | 11/1/2016 |
| Requisition | 20160929125500 |
| Your ref. | Michael.Toth@oag.texas.gov |
| Our ref. | 000035 |
| Quotation deadline | 10/29/2016 |
| Payment | Prepaid (Pay.gov) |

Ship to:
Michael Toth
209 West 14th Street
1st Floor Office of Special Litigation
Austin, TX  78711
USA

| Item number | Description | Quantity | Unit | Sales price | Discount | Discount percent | Amount |
|---|---|---|---|---|---|---|---|
| | 1. Interim Report of the Select Committee on Improper Activities in the Labor or Management Field (Senate Report No. 1417 (1958). | | | | | | |
| | LCCN: 58060657. | | | | | | |
| | LC Classification: HD805 v85 1958. | | | | | | |
| | PAGES 4-7, 255, 291-95, 297-98, 408-09, 425. | | | | | | |
| | | | | | | | |
| | 2. Second Interim Report of the Select Committee on Improper Activities in the Labor or Management Field (Senate Report No. 621 (1959)). | | | | | | |
| | LCCN: 59061949. | | | | | | |
| | LC Classification: HD8051 v 85 1959. | | | | | | |
| | PAGE 110. | | | | | | |
| | | | | | | | |
| | 3. Final Report of the Select Committee on Improper Activities in the Labor or Management Field (Senate Report No. 1139 (1960)) | | | | | | |
| | LCCN: 60060870. | | | | | | |
| | HD 8051 v 853 1960. | | | | | | |
| | PAGES 868-871 | | | | | | |
| | | | | | | | |
| | 4. Senate Report No. 187 (1959). | | | | | | |
| | LCCN: 59060894. | | | | | | |
| | HD8051656 1959a. | | | | | | |
| | PAGES: 2-3, 6, 11-12, 82. | | | | | | |
| | | | | | | | |
| | 5. House Report No. 1147 (1959) (Conf. Rep.). | | | | | | |
| | Serial Set: KF12U5. | | | | | | |
| | LCCN 92643101. | | | | | | |
| | Serial Vol. 12164. | | | | | | |
| | Sessional Vol. 7. HRP1147. | | | | | | |
| | PAGES 1, 33. | | | | | | |
| | | | | | | | |
| | 6. 105 Congressional Record. | | | | | | |
| | LCCN: 12036438. | | | | | | |
| | Call No. KF35. | | | | | | |
| | PAGES 883-84, 6471, 6558. | | | | | | |
| 8338 | Certification Fee-Copy | 5.00 | 50_PAGE | 50.00 | 0.00 | 0.00 % | 250.00 |

Library of Congress
Office of Business Enterprises
Duplication Services
101 Independence Avenue, SE
Washington, DC  20540
USA

**LIBRARY OF CONGRESS**

| | |
|---|---|
| Telephone | +1 202 707-5640 |
| Fax | +1 202 707-1771 |
| Giro | |
| Tax registration number | 536002532 |

## Quotation

| | |
|---|---|
| Page | 3 of 3 |
| Number | DSQ-007485-2 |
| Date | 11/1/2016 |
| Requisition | 20160929125500 |
| Your ref. | Michael.Toth@oag.texas.gov |
| Our ref. | 000035 |
| Quotation deadline | 10/29/2016 |
| Payment | Prepaid (Pay.gov) |

Ship to:
Michael Toth
209 West 14th Street
1st Floor Office of Special Litigation
Austin, TX  78711
USA

| Item number | Description | Quantity | Unit | Sales price | Discount | Discount percent | Amount |
|---|---|---|---|---|---|---|---|
| 6060 | S&H US 100.01-200.00 | 1.00 | EA | 23.50 | 0.00 | 0.00 % | 23.50 |
| 4033 | Photocopy-B&W per exposure. | 30.00 | EXP | 0.50 | 0.00 | 0.00 % | 15.00 |

ONCE PAYMENT IS RECEIVED, A SHIPPING DATE WILL BE DETERMINED.

THANK YOU FOR YOUR PATRONAGE.

| Currency | Sales subtotal amount | Total discount | Charges | Net amount | Sales tax | Round-off | Total |
|---|---|---|---|---|---|---|---|
| USD | 378.50 | 0.00 | 0.00 | 378.50 | 0.00 | 0.00 | 378.50 |