IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF INDEPENDENT BUSINESS, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THOMAS E. PEREZ, in his official capacity as Secretary, United States Department of Labor, et al., | ) ) ) ) ) |
| Defendants. | ) Civil Action No. 5:16-CV-066-C |

**FINAL JUDGMENT**

The Court by previous order granted the motions for summary judgment filed by Plaintiffs and Intervenor-Plaintiffs in this civil action and determined that the Court's preliminary injunction entered June 27, 2016, should be converted to a permanent injunction. The following judgment is, therefore, entered:

IT IS ORDERED, ADJUDGED, AND DECREED that the United States Department of Labor's Persuader Advice Exemption Rule ("Advice Exemption Interpretation"), as published in 81 Fed. Reg. 15,924, *et seq.*, is held unlawful and set aside.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America, its departments, agencies, officers, agents, and employees, including Thomas E. Perez, Secretary of the United States Department of Labor, and Michael J. Hayes, Director of the Office of Labor-Management Standards, are hereby permanently enjoined on a national basis from implementing any and all aspects of the United States Department of Labor's Persuader Advice

Exemption Rule ("Advice Exemption Interpretation"), as published in 81 Fed. Reg. 15,924, *et seq.* The scope of this injunction is nationwide.

Dated this 12th day of December, 2016.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE